BRIAN QUINN
 Chief Justice
 
 JAMES T. CAMPBELL
 Justice
 
 MACKEY K. HANCOCK
 Justice
 
 PATRICK A. PIRTLE
 Justice
 
 Court of Appeals
 
 Seventh District of Texas
 Potter County Courts Building
 501 S. Fillmore, Suite 2-A
 Amarillo, Texas 79101-2449
 www.7thcoa.courts.state.tx.us
 
 
 
 PEGGY CULP
 CLERK
 
 
 MAILING ADDRESS:
 P. O. Box 9540
 79105-9540
 
 
 (806) 342-2650
 October 23, 2013
 
James A. Farren
Criminal District Attorney
2309 Russell Long Blvd., Suite 120
Canyon, TX 79015
Alejandro Gabriel Lujan
SO# 73472
Randall County Jail
9100 S. Georgia St.
Amarillo, TX 79118

 RE: Case Nos. 07-13-00312-CR, 07-13-00313-CR
 Trial Court Case Nos. 24188-B, 24204-B

 Style: Alejandro Gabriel Lujan v. The State of Texas
 Dear Mr. Farren and Mr. Lujan: 

 The Court this day issued an opinion and judgment in the captioned cause. Tex. R. App. P. 48. 

 In addition, pursuant to Texas Government Code, Sec. 51.204(b)(2), exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court. 

 Very truly yours,
 Peggy Culp
PEGGY CULP, CLERK

xc:
Honorable John B. Board
Jo Carter